## STUTZMAN v. STATE.   (No. 7735.)

(Court of Criminal Appeals of Texas.   May 16, 1923.)

**Criminal law ⊜⟶1182—Judgment affirmed in absence of statement of facts or bills of exceptions.**

Where the indictment sufficiently alleges an offense, and the charge of the court responds to the allegations of the indictment, conviction will be affirmed in the absence of any statement of facts or bills of exception.

Appeal from District Court, Kinney County; Joseph Jones, Judge.

C. A. Stutzman, alias Ralph Manning, was convicted of passing a forged instrument, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Kinney county of passing a forged instrument, and his punishment fixed at four years in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. The indictment sufficiently charged the passage of an instrument affecting a pecuniary obligation, and the charge of the court responded to the allegations in the indictment.

There being no error in the record, the judgment of the trial court will be affirmed.